**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TRISTA OETTLE, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **Case No. 3:20-cv-455-DWD** |
| **vs.** | ) ) | |
| **WALMART, INC.,** | ) ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

DUGAN, District Judge:

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on August 22, 2022 (Doc. 82) Count IV and Count III are DISMISSED with prejudice, and pursuant to the Court's Order entered on August 2, 2023 (Doc. 95), Count I, Count II, and this matter in its entirety are DISMISSED with prejudice, and the case is closed.

**DATED**: **August 3, 2023**

                        **Monica Stump**
                        **Clerk of Court**
                        **By: s/ _Dana M. Winkeler_**
                                **Deputy Clerk**

**APPROVED: s/_David W. Dugan_**
**David W. Dugan, U.S. District Judge**